# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES LEONARD JACKSON,<br><br>　　　　　　Petitioner,<br><br>　　vs.<br><br>DAVE DAVEY, Warden,<br><br>　　　　　　Respondent. | Case No. CV 14-08557-JVS (DTB)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed herein. The Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

In addition, to the extent that Petitioner asserts errors of state law, none of the assigned errors rendered the proceedings fundamentally unfair and thus a violation of due process. <u>Estelle v. McGuire</u>, 502 U.S. 62, 72 (1991).

IT THEREFORE IS ORDERED that Judgment be entered denying the Petition and dismissing this action with prejudice.

Dated: December 14, 2015

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE