**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES LEONARD JACKSON, | Case No. CV 14-08557-JVS (DTB) |
| Petitioner, | **J U D G M E N T** |
| vs. | |
| DAVE DAVEY, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed with prejudice.

Dated: December 14, 2015

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

1